ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797
(562) 698-9771; (562) 309-8063 (fax)
Ernie.park@bewleylaw.com

Attorneys for Defendant,
REGENCY CENTERS, L.P.,
a Delaware limited partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE NAPIER,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO CLEARING SERVICES, L.L.C., a Delaware limited liability company, dba WELLS FARGO ADVISORS; REGENCY CENTERS, L.P., a Delaware limited partnership; and DOES 1-10, inclusive<br><br>Defendants | CASE NO.: 8:17-cv-01103 (CJC-E)<br><br>ANSWER TO COMPLAINT |

Defendant Regency Centers, L.P., a Delaware limited partnership, severing itself from all other defendants, answers plaintiff's complaint herein as follows:

PARTIES

1. Answering paragraph 1, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

2. Answering paragraph 2, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

3. Answering paragraph 3, this answering defendant admits the allegations contained therein.

4. Answering paragraph 4, this answering defendant admits the allegations contained therein.

5. Answering paragraph 5, this answering defendant admits the allegations contained therein.

6. Answering paragraph 6, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

7. Answering paragraph 7, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

## JURISDICTION AND VENUE

8. Answering paragraph 8, this answering defendant admits the allegations set forth therein.

9. Answering paragraph 9, this answering defendant admits the allegations set forth therein.

10. Answering paragraph 10, this answering defendant admits the allegations set forth therein.

Answer to Complaint for Injunctive Relief and Damages

## FACTUAL ALLEGATIONS

11. Answering paragraph 11, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

12. Answering paragraph 12, this answering defendant admits the allegations set forth therein.

13. Answering paragraph 13, this answering defendant admits the allegations set forth therein.

14. Answering paragraph 14, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

15. Answering paragraph 15, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

16. Answering paragraph 16, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

17. Answering paragraph 17, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

18. Answering paragraph 18, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

Answer to Complaint for Injunctive Relief and Damages

19. Answering paragraph 19, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

20. Answering paragraph 20, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

21. Answering paragraph 21, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

22. Answering paragraph 22, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

23. Answering paragraph 23, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

24. Answering paragraph 24, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

25. Answering paragraph 25, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

26. Answering paragraph 26, this answering defendant lacks sufficient information or belief to enable it to answer the allegations contained in said paragraph and, based thereon, it denies, generally and specifically each of said allegations.

## ANSWER TO FIRST PURPORTED

## CLAIM FOR RELIEF

27. Answering paragraph 27, this answering defendant repeats and re-alleges each and every admission, denial or allegation in response to paragraph 1-26 hereof and incorporates the same herein by reference.

28. Answering paragraph 28, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

29. Answering paragraph 29, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

30. Answering paragraph 30, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

Answer to Complaint for Injunctive Relief and Damages

31. Answering paragraph 31, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

32. Answering paragraph 32, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

## ANSWER TO SECOND PURPORTED CLAIM FOR RELIEF

33. Answering paragraph 33, this answering defendant repeats and re-alleges each and every admission, denial or allegation in response to paragraph 1-32 hereof and incorporates the same herein by reference.

34. Answering paragraph 34, this answering defendant admits the provisions of applicable law. Except as expressly admitted herein, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

35. Answering paragraph 35, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based thereon, it denies, generally and specifically, each of said allegations.

36. Answering paragraph 36, this answering defendant denies, generally and specifically, each of said allegations.

37. Answering paragraph 37, this answering defendant lacks sufficient information or belief to enable it to answer the remaining allegation in said paragraph and, based

thereon, it denies, generally and specifically, each of said allegations.

## FIRST AFFIRMATIVE DEFENSE

[Failure to State a Claim for Relief]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that each of said purported causes of action fails to state a cause of action against these answering defendants.

## SECOND AFFIRMATIVE DEFENSE

[Readily Achievable]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that any remediation of the Facility and the Subject Property is limited to those actions which are readily achievable, are structurally feasible or are not unduly expensive.

## THIRD AFFIRMATIVE DEFENSE

[Standing]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering defendant asserts that, to the extent plaintiff asserts alleged barriers which do not affect him personally, he lacks standing to assert the same.

## FOURTH AFFIRMATIVE DEFENSE

[Mootness]

As a separate and distinct affirmative defense to each of plaintiff's causes of action and, while denying each of the allegations contained therein, this answering

7

defendant asserts that, to the extent any alleged barrier either never existed or has been remediated, the plaintiff's claims are moot.

WHEREFORE, defendant prays judgment as follows:

1. That plaintiff's prayer for relief be denied;
2. That plaintiff be granted no relief whatsoever in this matter;
3. For defendant's reasonable attorney's fees;
4. For costs of suit herein incurred; and,
5. For such other and further relief as the court deems just and proper.

BEWLEY, LASSLEBEN & MILLER, LLP

By: _____
Ernie Zachary Park,
Attorneys for Defendant

Answer to Complaint for Injunctive Relief and Damages